LEWIS BRISBOIS BISGAARD & SMITH LLP
221 NORTH FIGUEROA STREET, SUITE 1200
LOS ANGELES, CALIFORNIA 90012
TELEPHONE 213.250.1800

E-Filed: **9/11/09**

# THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WHITE RIVER HARDWOODS — WOODWORKS, INC. and BRUCE JOHNSON,<br><br>Plaintiffs,<br>v.<br><br>SUPERIOR MOULDING, INC., UNIVERSAL WOOD PRODUCTS, INC., SUPERIOR MOULDING SALES CORP., SOUTHWEST MILL & LUMBER, INC., THE KELLEHER CORPORATION, each a California Corporation, ERIC KALMAN, BERT KALMAN and BARBARA KALMAN, each an individual, and DOES 1-10,<br><br>Defendants.<br>And Related Counter-Claim and Third Party Complaint | CASE NO. CV 05-04592-GHK (RNBx) [Consolidated with CV 02-5190 GHK (RNBx)(dismissed by Court)]<br><br>The Honorable George H. King<br>Ctrm 650 (Roybal Bldg.)<br><br>[~~PROPOSED~~] ORDER RE: CONSENT JUDGMENT AND PERMANENT INJUNCTION RE: THE SUPERIOR PARTIES |

4848-2900-0452.1

The Court, having considered the Stipulation for Consent Judgment and Permanent Injunction ("Stipulation") of the Parties, WHITE RIVER HARDWOODS - WOODWORKS, INC. and BRUCE JOHNSON (collectively, "Plaintiff" or "White River"), and Defendants, SUPERIOR MOULDING, INC., UNIVERSAL WOOD PRODUCTS, INC., SUPERIOR MOULDING SALES CORP., ERIC KALMAN, BERT KALMAN, BARBARA KALMAN, and the ESTATE OF KAREN KALMAN ("the Superior parties"),

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED AS A FINAL AND BINDING JUDGMENT THAT:

1. White River's copyright rights in the 78 White River works identified on Exhibit A and its respective copyright registrations for those 78 works are valid and enforceable, and White River's Mon Reale® trademark and its registration are valid and enforceable.

2. The Superior parties and their officers, agents, servants, employees and their attorneys and those persons in active concert or in participation with any one of the Superior parties who receive actual notice of this Order by personal service or otherwise are hereby permanently enjoined from copying, reproducing, manufacturing, distributing, marketing, advertising, promoting, displaying and selling, or causing such to be done, the 78 Superior Mouldings identified on Exhibit B attached hereto and are enjoined from infringing upon White River's Mon Reale® trademarks, except as follows:

  a. With respect to the 78 Superior Mouldings, during the period commencing on July 17, 2009 and ending March 17, 2010, the Superior parties may continue to market, advertise, sell and distribute only their inventory of the 78 Superior Mouldings that existed on July 1, 2009.

  b. On or before March 27, 2010, the Superior parties shall: (1) except for two archival copies of each different item (which they may

keep), destroy any and all materials and media in their possession and control used or usable for marketing, advertising and otherwise promoting the 78 Superior Mouldings, except that the Superior parties may retain their existing previously-printed catalogs, as long as they in good faith undertake to place in each catalog containing any of the 78 Superior Mouldings a stamp or sticker on each page on which any of the 78 Superior Mouldings appear indicating that the items on that page (of the 78 Superior Mouldings) are no longer available for sale by Superior; (2) destroy or make a charitable donation of their entire remaining on hand inventory of the 78 Superior Mouldings; and (3) represent and warrant that they will not print or reprint any catalogs, flyers, or other media which include any of the 78 Superior Mouldings. The destruction and/or donation shall be subject to reasonably objective verification by White River.   The Superior parties shall not print any catalog (as distinguished from flyers or other media) containing any of the 78 Mouldings after the entry of this Order.

c. The injunction of this paragraph does not apply to sales or marketing by the Superior parties of White River's product purchased from White River or from a White River distributor.

3. Within 30 days after September 8, 2009, the Superior parties shall destroy all of the ornament die wheels in their possession and control that were used to manufacture any of the 78 Superior Mouldings, with the exception of those wheels used to make any of the Embossed mouldings identified on Exhibit C of this Order. The procedure for the destruction of the die wheels shall be as follows:

a. Within 5 calendar days after September 8, 2009, the Superior parties will provide White River with a list of wheels that will be

destroyed, and identify a destruction date that is at least 10 days later than the notification date.  White River's representative shall be given an opportunity (at least 2 hours) to inspect the wheels prior to their destruction, and to be present at and observe their destruction.

4. This Court retains jurisdiction over this Action and the Parties to enforce this Order and the Parties' underlying settlement agreement.

**IT IS SO ORDERED.**

Date:   9/11/09

4848-2900-0452.1

4

[PROPOSED] ORDER RE: CONSENT JUDGMENT AND PERMANENT INJUNCTION RE: THE SUPERIOR PARTIES